**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**TRUSTEES OF THE PAINTERS UNION**
**DEPOSIT FUND,**

    Plaintiff,

v.                                              Case No: 05-70110
                                                  Honorable Victoria A. Roberts

**INTERIOR/EXTERIOR SPECIALISTS**
**COMPANY, ET AL,**

    Defendants,
_____/

## ORDER

This matter is before the Court on Defendants' Motion for Permission to Appeal this Court's March 27, 2007 Order denying summary judgment and June 25, 20007 Order denying reconsideration (collectively "Orders") .

A denial of summary judgment is usually considered an interlocutory order, not a final judgment.  28 U.S.C. § 1291*; see also Phelps v. Coy*, 286 F.3d 295, 298 (6th Cir. 2002) (citing *Johnson v. Jones*, 515 U.S. 304, 309 (1995)).  Under 28 U.S.C. §1292(b) a district court must grant a party permission to appeal a non-final order if the "order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. §1292(b).

Here, the Court's Orders deny summary judgment to Defendants.  They are, therefore, interlocutory and not final appealable orders.  And because the Court does not believe they involve controlling questions of law over which there is substantial

difference or that an immediate appeal would advance this litigation, Defendants' motion is **DENIED**.

    **IT IS ORDERED**.

                                                s/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: July 19, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 19, 2007.

s/Linda Vertriest
Deputy Clerk

---