UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND, a voluntary unincorporated trust,

       Plaintiff,

       vs.                                   Case No: 05-70110
                                               Honorable Victoria A. Roberts

INTERIOR/EXTERIOR SPECIALIST, CO.,
Michigan corporation, THE LLAMAS GROUP,
CORP., a Michigan corporation, and
RITO JULIAN LLAMAS, individually,
jointly and severally,

       Defendants.

AND

INTERIOR/EXTERIOR SPECIALIST, CO.,
a Michigan corporation, THE LLAMAS GROUP,
CORP., a Michigan corporation, and
RITO JULIAN LLAMAS, individually,
jointly and severally,

       Counter-Claimants and
       Third-Party Plaintiffs,

vs.

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND, a voluntary unincorporated trust,

       Counter-Defendant,

AND

PAINTERS DISTRICT COUNCIL NO. 22
OF THE INTERNATIONAL BROTHERHOOD
OF PAINTERS AND ALLIED TRADES (AFL-CIO)

       Third-Party Defendant.

_____/

1

**ORDER DENYING DEFENDANTS'/COUNTER-CLAIMANT'S/THIRD-PARTY PLAINTIFFS' MOTION TO RECONSIDER FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Before the Court is Defendants'/Counter-Claimant's/Third-Party Plaintiffs' Motion to Reconsider Findings of Fact and Conclusions of Law.

Eastern District of Michigan Local Rule 7.1(g)(3) provides for reconsideration if the movant demonstrates a palpable defect by which the court and the parties have been misled, and further demonstrates that correcting the defect will result in a different disposition of the case. "A 'palpable defect' is a defect which is obvious, clear, unmistakable, manifest, or plain." *Fleck v. Titan Tire Corp.*, 177 F. Supp. 2d 605, 624 (E.D. Mich. 2001). "[T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." L.R. 7.1(g)(3).

Defendants failed to make the required showing for reconsideration. Therefore, Defendants' motion is **DENIED**.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 25, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 25, 2008.

s/Linda Vertriest
Deputy Clerk